AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| FMIO, Inc. | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. 2:09-cv-12561 |
| v. | ) | |
| Summerfield, Township of et al | ) | Hon. Bernard A. Friedman |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Amy Reiter

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Cindy R. Victor
    Victor Firm
    35801 Mound Road
    Sterling Heights, MI 48310

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ S. Schoenherr
     *Signature of Clerk or Deputy Clerk*

Date of Issuance: July 13, 2009



AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No 2:09-cv-12561
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Amy Reiter

Date of Service: July 28, 2009

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

✓ Other (specify): Access of service was accepted by Attorney Canty Crossley on behalf of Defendant

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct

Name of Server: Cindy Rhodes Victor
Signature of Server: Cindy Rhodes Victor
Date: July 31, 2009
Server's Address: 35801 Mound Road
Sterling Heights, MI 48310