UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FMIO, INCORPORATED, et al,**

      **Plaintiffs,**

**vs.**

**SUMMERFIELD, TOWNSHIP OF, et al,**

      **Defendants.**    /

**CIVIL NO.   09-12561**

**HONORABLE BERNARD A. FRIEDMAN**

**HONORABLE MONA J. MAJZOUB**

## ORDER STRIKING DOCUMENT

Upon review, the Court Strikes: Defendant's Motion to Compel Answers to Interrogatories filed November 25, 2009, (docket no. 21).

The Court has determined that this document does not conform with Local Rule 7.1(a)(2)(A).

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been STRICKEN and deemed not a part of the record in this case.

SO ORDERED.

Dated: December 08, 2009

s/ Mona K. Majzoub
MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: December 08, 2009

s/ Lisa C. Bartlett
Case Manager