UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FMIO, INC. a Michigan corporation and
RICHARD A. GARST,
       Plaintiffs,

v

TOWNSHIP OF SUMMERFIELD MICHIGAN, a Michigan municipal corporation, KEVIN R. IOTT in his official and individual capacities, TAMMY BLEASKA in her official and individual capacities, JOAN WIEDERHOLD, in her official and individual capacities, DALE WAGENKNECHT in his official and individual capacities JAMES V. SEEGERT, in his official and individual capacities, AMY REITER, in her official and individual capacities, RICHARD KORALESKI in his official and individual capacities, DAVID GRUDE, in his official and individual capacities, JOSEPH STANGER in his official and individual capacities, LINDA DIESING in her official and individual capacities MICHAEL STRAHAN in his official and individual capacities, jointly and severally,
       Defendants

File No: 2:09-cv-12561

Hon. BERNARD A. FRIEDMAN

Cindy Rhodes Victor (P33613)
The Victor Firm, PLLC
Attorney for Plaintiffs
35801 Mound Road
Sterling Heights, MI 48310
Telephone: 586-274-9600

Frederick Lucas (P29074)
R. Scott A. Baker (P62511)
Lucas & Baker
Attorney for Defendants
7577 US 12, Ste A
Onsted, MI 49265
Telephone: 517-467-4000
Fax: 517-467-4044

## DEFENDANTS' WITNESS LIST

Defendants, Township of Summerfield Michigan, Kevin R. Iott Tammy Bleaska,



Joan Wiederhold, Dale Wagenknecht, James V. Seeger, Amy Reiter, Richard Koraleski, David Grude, Joseph Stranger, Linda Diesing, and Michael Strahan, by their attorneys, Lucas & Baker disclose the following witnesses:

1. Kevin R. Iott
   5670 Sylvania-Petersburg Road
   Petersburg, MI 49270

2. Tammy Bleaska,
   18401 Todd Road
   Petersburg, MI 49270

3. Joan Wiederhold
   15558 Rauch Road
   Petersburg, MI 49270

4. Dale Wagenknecht
   7631 Summerfield Road
   Petersburg, MI 49270

5. James V. Seegert
   4949 Summerfield Road
   Petersburg, MI 49270

6. Amy Reiter
   PO Box 98
   Petersburg, MI 49270

7. Richard Koraleski
   PO Box 98
   Petersburg, MI 49270

8. David Grude
   PO Box 98
   Petersburg, MI 49270

9. Joseph Stanger
   PO Box 98
   Petersburg, MI 49270

10. Linda Diesing
    PO Box 98
    Petersburg, MI 49270


Lucas & Baker
*Attorneys at Law*

-2-

7577 US Highway 12, Suite A
Onsted, Michigan 49265
Telephone: 517.467.4000
Fax: 517.467.4044

11. Michael Strahan
    PO Box 98
    Petersburg, MI 49270

12. Michael Mihalec
    Township Ordinance Officer
    PO Box 98
    Petersburg, MI 49270

13. Paul DeLisle
    520 Ready Rd
    Carleton, MI 48117

14. Zelda Lucas
    Former Township Supervisor
    26 Saline St
    Petersburg, MI 49270

15. Howard Keinath
    20966 Lulu Road
    Deerfield, MI 49238

16. Nick Lucas
    26 Saline St
    Petersburg, MI 49270

17. Randy LaRocca
    15106 Bentwood Trail
    Petersburg, MI 49270

18. Detective Alison D. King
    Michigan State Police

19. Peter Fales
    707 Westwood
    Monroe, MI 48161

20. David Kottke
    30 E Division St
    Petersburg, MI 49270

21. Jack Lange
    10753 Jackman Road
    Temperance, MI 48182

Lucas B Baker
*Attorneys at Law*

-3-

7577 US Highway 12, Suite A
Onsted, Michigan 49265
Telephone: 517.467.4000
Fax: 517.467.4044

22. Conly Crossley
    212 E 1st St
    Monroe, MI  48161

23. Mark LaRocca
    6490 Teal Rd
    Petersburg, MI 49270

24. Richard Garst

25. Dorothy Garst

26. Flip Reiter

27. Any and all witnesses listed by plaintiffs whether or not called to testify at time of trial.

28. Any and all individuals whose names appear in deposition transcripts, answers to interrogatories, or responses to requests for production of documents in this case.

29. Any and all rebuttal witnesses.

30. Any and all witnesses revealed in further discovery.

31. Defendants reserves the right to amend this list.

**EXPERT WITNESSES**

1. Robert Walworth
   Valuation expert
   Walworth & Nayh PC
   17800 Newburgh, Suite 101
   Livonia, MI 48152

2. Richard Carlisle
   Land Use Planning expert
   Carlisle & Associates, Inc.
   605 S. Main St., Ste. 1
   Ann Arbor, MI 48104

3. Donald J. Helser
   Real Estate Appraiser
   125 Ruff Dr
   Monroe, MI 48162-3523


Lucas B Baker
*Attorneys at Law*

-4-

7577 US Highway 12,  Suite A
Onsted, Michigan 49265
Telephone: 517.467.4000
Fax: 517.467.4044

4.  Rhett Gronevelt
    Township Engineer
    Orchard, Hiltz & McCliment, Inc.
    34000 Plymouth Road
    Livonia, MI 48150

Dated: December 30, 2009          Lucas & Baker
                                  s/Frederick Lucas
                                  Frederick Lucas (P29074)
                                  Lucas & Baker
                                  7577 US Highway 12, Suite A
                                  Onsted, MI 49265
                                  Telephone: 517-467-4000
                                  Primary E-mail: lucas@lucaslawpc.com
                                  Secondary E-mail: donna@lucaslawpc.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Cindy Rhodes Victor.

                                  s/Frederick Lucas
                                  Frederick Lucas (P29074)
                                  Lucas & Baker
                                  7577 US Highway 12, Suite A
                                  Onsted, MI 49265
                                  Telephone: 517-467-4000
                                  Primary E-mail: lucas@lucaslawpc.com
                                  Secondary E-mail: donna@lucaslawpc.com


Lucas B Baker
*Attorneys at Law*

-5-

7577 US Highway 12, Suite A
Onsted, Michigan 49265
Telephone: 517.467.4000
Fax: 517.467.4044