## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| FMIO, INC., a Michigan Corporation and RICHARD A. GARST, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:09-cv-12561 |
| v. | ) ) ) | JUDGE BERNARD A. FRIEDMAN |
| TOWNSHIP OF SUMMERFIELD, MICHIGAN, a Michigan municipal corporation, KEVIN R. IOTT in his official and individual capacities, TAMMY BLEASKA, in her official and individual capacities, JOAN WIEDERHOLD her official and individual capacities, DALE WAGENKNECHT, in his official and individual capacities, JAMES V. SEEGERT, in his official and individual capacities, AMY REITER in her official and individual capacities, RICHARD KORALESKI in his official and individual capacities, DAVID GRUDE, in his official and individual capacities, JOSEPH STRANGER in his official and individual capacities, LINDA DIESING in her official individual capacities, and MICHAEL STRAHAM in his official and individual capacities jointly and severally, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MAGISTRATE JUDGE MONA K. MAJZOUB |
| Defendants. | ) | |

## PLAINTIFFS' PRELIMINARY WITNESS LIST

Plaintiffs FMIO, Inc. and Richard A. Garst, through their counsel, The

Victor Firm, PLLC, and pursuant to this Court's Scheduling Order, hereby submit

the following preliminary witness list:

- 2 -

1. Dorothy M. Garst

2. Richard A. Garst

3. Kevin R. Iott

4. Tammy Bleaska

5. Joan Wiederhold

6. Dale Wagenknecht

7. James V. Seegert

8. Amy Reiter

9. Richard Koraleski

10. David Grude

11. Joseph Stranger

12. Linda Diesing

13. Michael Straham

14. Zelda Lucas

15. Howard Keinath

16. Nick Lucas

17. Randy LaRocca

18. Detective Alison D. King, Michigan State Police

19. Peter Fales

20. David Kottke

21. Jack Lange

22. Michael Mihalec

23. Conly Crossley

24.     Mark LaRoca

25.     Paul DeLisle

26.     Howard Hunter

27.     Mark LaRocca

28.     Any and all witnesses whose identity is revealed during the course

of discovery

29.     Any and all rebuttal witnesses deemed necessary.

30.     Any and all witnesses listed by defendants on any witness list.

31.     Plaintiffs reserve the right to amend this Witness List as provided

by the Federal Rules of Civil Procedure and this Court.


   /s/_Cindy Rhodes Victor_____
CINDY RHODES VICTOR (P33613)
The Victor Firm, PLLC
35801 Mound Road
Sterling Heights, Michigan  48310
(586) 978-8339
cvictor@victorfirm.com

Attorneys for Plaintiffs
Dated:  January 4, 2010          FMIO, Inc. and Richard A. Garst

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| FMIO, INC., a Michigan Corporation and RICHARD A. GARST, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:09-cv-12561 |
| v. | ) ) ) | JUDGE BERNARD A. FRIEDMAN |
| TOWNSHIP OF SUMMERFIELD, MICHIGAN, a Michigan municipal corporation, KEVIN R. IOTT in his official and individual capacities, TAMMY BLEASKA, in her official and individual capacities, JOAN WIEDERHOLD her official and individual capacities, DALE WAGENKNECHT, in his official and individual capacities, JAMES V. SEEGERT, in his official and individual capacities, AMY REITER in her official and individual capacities, RICHARD KORALESKI in his official and individual capacities, DAVID GRUDE, in his official and individual capacities, JOSEPH STRANGER in his official and individual capacities, LINDA DIESING in her official individual capacities, and MICHAEL STRAHAM in his official and individual capacities jointly and severally, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MAGISTRATE JUDGE MONA K. MAJZOUB |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2010, I caused Plaintiffs'

Preliminary Witness List and this Certificate of Service to be sent to the attorneys

of record via the Court's electronic court filing (ECF) system.

- 2 -

      /s/  Steven R. McCollum
STEVEN R. McCOLLUM
The Victor Firm, PLLC
35801 Mound Road
Sterling Heights, Michigan  48310
(586) 978-8339
mccollum@victorfirm.com

Dated:  January 4, 2010