# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FMIO, INC., a Michigan corporation and RICHARD A. GARST, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:09-cv-12561 |
| v. | ) ) HONORABLE BERNARD A. FRIEDMAN ) |
| TOWNSHIP OF SUMMERFIELD, MICHIGAN, a Michigan municipal corporation, KEVIN R. IOTT in his official and individual capacities, TAMMY BLEASKA, in her official and individual capacities, JOAN WIEDERHOLD, in her official and individual capacities, DALE WAGENKNECHT, in his official and individual capacities, JAMES V. SEEGERT, in his official and individual capacities, AMY REITER, in her official and individual capacities, RICHARD KORALESKI, in his official and individual capacities, DAVID GRUDE, in his official and individual capacities, JOSEPH STRANGER, in his official and individual capacities, LINDA DIESING, in her official and individual capacities, and MICHAEL STRAHAN, in his official and individual capacities, jointly and severally, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

_____

## PLAINTIFFS' FINAL WITNESS LIST

Plaintiffs FMIO, Inc. and Richard A. Garst, by and through their counsel, The Victor Firm, PLLC, hereby submit their witness list:

Tammy Bleaska

Robert Bucko

Mic Burnes

- 2 -

Conly K. Crossley

Paul DeLisle

Linda Diesing

Richard Donaldson

Everett Eckerd, Sr.

Rita Evans

Peter Fales

Darren Foote

Dorothy M. Garst

Richard A. Garst

David Grude

Vern Guindon

John Gundphi

Howard Hunter

Kevin R. Iott

Michael Kahaian (expert witness)

Howard Keinath

Detective Alison D. King (Michigan State Police)

Richard Koraleski

David Kottke

Jack Lange

Bruce LaRocca

Mark LaRocca

- 3 -

    Randy LaRocca

    Dave LaRocco

    Alfred Latizio, FBI Agent

    Nick Lucas

    Zelda Lucas

    Detective David Meyers

    Michael Mihalec

    Pat Pirolli

    Sonny Pirolli

    Ted Pirolli

    Amy Reiter

    Henry Riberas (expert witness)

    James V. Seegert

    Mary Lou Smith

    Mark Strahan

    Joseph Stranger

    Dale Wagenknecht

    Joan Wiederhold

    Martin Wiederhold

    Michael Wolfert

    Any and all witnesses whose identity is revealed during the course of discovery

    Any and all rebuttal witnesses deemed necessary

Any and all witnesses listed by defendants on any witness list

Plaintiffs reserve the right to amend this Witness List as provided by this Court and the Federal Rules of Civil Procedure.

                              /s/ Cindy Rhodes Victor
                              CINDY RHODES VICTOR (P33613)
The Victor Firm, PLLC
Suite 327
3250 West Big Beaver Road
Troy, Michigan 48084
(586) 274-9600
cvictor@victorfirm.com

Attorneys for Plaintiffs
Dated: March 1, 2010       FMIO, Inc. and Richard A. Garst

- 4 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| FMIO, INC., a Michigan corporation and RICHARD A. GARST, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:09-cv-12561 |
| v. | ) ) | HONORABLE BERNARD A. FRIEDMAN |
| TOWNSHIP OF SUMMERFIELD, MICHIGAN, a Michigan municipal corporation, KEVIN R. IOTT in his official and individual capacities, TAMMY BLEASKA, in her official and individual capacities, JOAN WIEDERHOLD, in her official and individual capacities, DALE WAGENKNECHT, in his official and individual capacities, JAMES V. SEEGERT, in his official and individual capacities, AMY REITER, in her official and individual capacities, RICHARD KORALESKI, in his official and individual capacities, DAVID GRUDE, in his official and individual capacities, JOSEPH STRANGER, in his official and individual capacities, LINDA DIESING, in her official and individual capacities, and MICHAEL STRAHAN, in his official and individual capacities, jointly and severally, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2010, I caused Plaintiffs'

Final Witness List and this Certificate of Service to be sent to the attorneys

of record via the Court's electronic court filing (ECF) system.

- 2 -

       /s/Steven R. McCollum  
STEVEN R. McCOLLUM  
The Victor Firm, PLLC  
Suite 327  
3250 West Big Beaver Road  
Troy, Michigan 48084  
(586) 274-9600  
mccollum@victorfirm.com

Dated:  March 1, 2010

- 2 -