UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FMIO, INC. and
RICHARD A. GARST,

       Plaintiffs,                        Civil Action No. 09-12561

vs.

                                          HON. BERNARD A. FRIEDMAN

TOWNSHIP OF SUMMERFIELD
MICHIGAN, et al.

       Defendants.
_____/

## **J U D G M E N T**

The court has granted defendants' motion for summary judgment.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs. Costs to be permitted in accordance with law.

                                                            DAVID J. WEAVER
                                                            CLERK OF COURT

                                                            By:_Carol L. Mullins_____
                                                                 Deputy Clerk

December 17, 2010

Approved:__s/Bernard A. Friedman_____
          BERNARD A. FRIEDMAN
          U.S. DISTRICT JUDGE