Case No. 11-1426

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

FMIO, INC.; RICHARD A. GARST

    Plaintiffs - Appellants

v.

SUMMERFIELD, TOWNSHIP OF; et al

    Defendant - Appellee

Appellant/Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

    The Appellant/Petitioner's Brief was not filed by July 22, 2011.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                            **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: July 25, 2011

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 25, 2011

Ms. Cindy Rhodes Victor
Law Office
3290 W. Big Beaver Road
Suite 501
Troy, MI 48084

                Re:  Case No. 11-1426, *FMIO, Inc., et al v. Summerfield, Township of, et al*
                     Originating Case No. : 09-12561

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                                          Sincerely yours,

                                                         s/Scott J. Swearingen
                                                          Case Manager
                                                          Direct Dial No. 513-564-7011

cc:  Mr. Frederick Lucas
      Mr. David J. Weaver

Enclosure

No mandate to issue