Case No. 11-1426

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

FMIO, INC.; RICHARD A. GARST

    Plaintiffs - Appellants

v.

SUMMERFIELD, TOWNSHIP OF; et al

    Defendant - Appellee

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is ORDERED that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: July 29, 2011

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 29, 2011

Ms. Cindy Rhodes Victor
Law Office
3290 W. Big Beaver Road
Suite 501
Troy, MI 48084

Re: Case No. 11-1426, *FMIO, Inc., et al v. Summerfield, Township of, et al*
Originating Case No. : 09-12561

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Scott J. Swearingen
Case Manager
Direct Dial No. 513-564-7011

cc: Mr. Frederick Lucas
Mr. David J. Weaver

Enclosure