# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 02, 2012

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 11-1426, *FMIO, Inc., et al v. Township of Summerfield, et al*
Originating Case No. : 2:09-CV-12561

Dear Mr. Weaver:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc: Mr. Frederick Lucas
Ms. Cindy Rhodes Victor

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-1426

_____

Filed: July 02, 2012

FMIO, INC.; RICHARD A. GARST

    Plaintiffs - Appellants

v.

TOWNSHIP OF SUMMERFIELD

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/17/2012 the mandate for this case hereby issues today.

COSTS:  None